## FRANK MOBBS v. STATE.

No. A-3024—Opinion Filed May 10, 1919.

Rehearing Denied Jan. 15, 1921.

(194 Pac. 450.)

(Syllabus.)

**APPEAL AND ERROR--Record of Judgment—Necessity.** Where, on appeal to this court, the record fails to show the final judgment sought to be reversed, this court is without jurisdiction to consider such appeal, and the same will be dismissed.

*Appeal from County Court, Atoka County;*

*W. M. Rainey, Judge.*

Frank Mobbs was convicted of a violation of the prohibitory liquor laws, and he appeals. Appeal dismissed.

*J. G. Ralls* and *Jones & McCasland,* for plaintiff in error.

*S. P. Freeling,* Atty. Gen., and *R. McMillan,* Asst. Atty. Gen., for the State.

ARMSTRONG, J.   The plaintiff in error, Frank Mobbs, hereinafter called "defendant," was informed against for a violation of the prohibitory liquor laws, found guilty by a jury, and his punishment fixed at imprisonment in the county jail of Atoka county for 90 days and to pay a fine in the sum of $250. He executed a supersedeas bond and attempted to take an appeal to this court.

While it is alleged in the petition in error in this case that judgment was rendered against defendant on said verdict of the jury, a most careful examination of the entire record fails to show that such judgment was in fact rendered, and therefore this court is without jurisdiction to consider this appeal.

"Where an appeal is taken from an alleged judgment of conviction, and the transcript of the record or case-made contains no copy of the judgment of the trial court, this court does not acquire jurisdiction of the appeal, and such an appeal will be dismissed." *Harjoe v. State,* 14 Okla. Cr. 187, 169 Pac. 659; *Loyd v. State,* 12 Okla. Cr. 82, 151 Pac. 1190; *Fowler v. State,* 11 Okla. Cr. 157, 143 Pac. 658; *Dansby v. State,* 7 Okla. Cr. 496, 124 Pac. 328; *Allen v. State,* 6 Okla. Cr. 665, 118 Pac. 1102; *Bradford v. State,* 3 Okla. Cr. 367, 106 Pac. 535; *McLellan v. State,* 2 Okla. Cr. 633, 103 Pac. 676.

Appeal dismissed.

DOYLE, P. J., and MATSON, J., concur.